IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNON WHALEY, ) | |
| Reg. No. 10098-002, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:19-CV-938-WHA |
| ) | |
| WALTER WOOD, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered January 23, 2020. Doc. 3. There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Petitioner's failures to comply with the orders of the court and to prosecute this action.

A Final Judgment will be entered separately.

Done, this 12th day of February 2020.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE